## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**NEW HOPE BAPTIST CHURCH,**

    **Plaintiff,**

**v.**                          **Case No. 3:19cv3083-TKW-EMT**

**SCOTTSDALE INSURANCE**
**COMPANY,**

    **Defendant**.

_____/

## ORDER

Based on the parties' stipulation of dismissal (Doc. 16), it is **ORDERED** that:

1. This case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the Clerk is directed to close the file.

2. The Court retains jurisdiction for purposes of enforcing the terms of the settlement agreement.

    **DONE and ORDERED** this 25th day of February, 2020.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**